UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BYRON KEITH CHANT,

    Plaintiff,

v.

CLARK COUNTY JAIL, SERGEANT J. HUFF, COMMANDER RICHARD J. BISHOP, CHIEF JAIL ADMINISTRATOR BATTIES, CUSTODY OFFICERS M. ADDY, AND E. BJORMAN,

    Defendants.

CASE NO. C12-5870 BHS-KLS

ORDER

This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on defendants' motion for summary judgment. (Dkt. 17). After reviewing the motion, the Court finds that defendants have failed to provide plaintiff with summary judgment warnings contemporaneously with the filing of their motion.

On November 16, 2012, when the Court ordered service of this action the Court stated that failure to file and serve the notice may result in striking a motion with leave to refile (Dkt. 8 pp. 4-5). Accordingly, defendants' motion for summary judgment, (Dkt. 17), hereby is **stricken**

ORDER- 1

**from the record with leave to re-file**. The Court extends the dispositive motion deadline until February 28, 2014 and the Court extends the joint status report date June, 20, 2014.

The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 22 day of January, 2014.

Karen L. Strombom
United States Magistrate Judge