UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BYRON KEITH CHANT,

          Plaintiff,

v.

CLARK COUNTY JAIL, et al.,

          Defendants.

CASE NO. C12-5870 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Defendants' Motion for Summary Judgment (Dkt. 21) is **GRANTED**, and Plaintiff's claims are **dismissed with prejudice**.

Dated this 22nd day April, 2014.

                            BENJAMIN H. SETTLE
                            United States District Judge